IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

A'KINBO J.S. HASHIM (formerly known as John Tiggs, Jr.),

    Petitioner,

v.

BRIAN FOSTER,

    Respondent.

Case No. 19-cv-951-bbc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered denying A'Kinbo J.S. Hashim's federal habeas corpus petition dismissing this case with prejudice.

| /s/ | 3/10/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |